UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JILL T. BRYAN, ESQ.
900 Route 168, Suite A-4
Turnersville, NJ  08012
(856) 227-2000
(856) 227-2212 (fax)
jill.bryan@verizon.net

In Re:

KATINA D. MATEO

**Order Filed on July 7, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-27186-JNP

Chapter: 13

Judge: Jerrold N. Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 7, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jill T. Bryan, Esq._____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____634_____ per month for ____51 more____ months to allow for payment of the above fee.

*rev.8/1/15*