**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.: 15−27186−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Katina D. Mateo
    dba Krystal Klean Commercial Cleaning
    101 Zinnia Way
    Sewell, NJ 08080

Social Security No.:
    xxx−xx−8788

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2017
JAN: cmf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-27186-JNP
Katina D. Mateo                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 148             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db         +Katina D. Mateo,    101 Zinnia Way,    Sewell, NJ 08080-2596
cr         +Reserve at Willow Ridge Homeowners Association, In,    Cutolo Mandel LLC,    151 Highway 33 East,
             Suite 204,    Manalapan, NJ 07726-8635
515734096  +ABCO Credit Union,    PO Box 247,    Rancocas, NJ 08073-0247
515734100  +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
515734097  +Ac Collections,    PO Box 1597,    Blackwood, NJ 08012-7297
515734098  +Advantage Therapy Center,    1001 Briggs Road, Suite 270,    Mount Laurel, NJ 08054-4105
515734099  +Apex Asset Management,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
515922581  +Apex Asset Management, LLC,    Po Box 5407,    Lancaster, PA 17606-5407
515734103  +Booth Radiology,    PO Box 1259, Dept. 87001,    Oaks, PA 19456-1259
515734104  +Captial LC Mortgage,    Attn: Capital Accounts,    PO Box 140065,    Nashville, TN 37214-0065
515734105  +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
515734106  +Centennial Surgical Center,    502 Centennial Blvd, Suite 1,    Voorhees, NJ 08043-9544
515734107  +Christopher J. Connolly, DMD,    379 Egg Harbor Road,    PO Box 8439,
             Turnersville, NJ 08012-8439
515734108  +Colo-Retal Surgical Associates,    C/O Remex, Inc.,    307 Wall Street,
             Princeton, NJ 08540-1515
515734110  +Commonwealth Finance,    245 Main Street,    Scranton, PA 18519-1641
515734111  +Convergent HC Recoveries,    121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
515734114  +Delaware Valley Irrigation,    357 S. Broadway,    Gloucester City, NJ 08030-2318
515734115  +Deptford MUA,    PO Box 5506,    Deptford, NJ 08096-0506
515774525  +Deptford Township MUA,    PO Box 5428,    Deptford, NJ 08096-0428
515734116   Emerg. Phy. Assoc. of SJ,    Akron Billiing Center,    3585 Ridge Park Drive,
             Akron, OH  44333-8203
515734117  +Endo Center At Voorhees,    93 Cooper Road, Suite 100,    Voorhees, NJ 08043-4910
515734118  +FBCS Inc.,    330 S. Warminster Rd., Suite 353,    Hatboro, PA 19040-3433
515734119  +Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
515734120  +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
515734121  +Global Credit Network,    20010 Century Blvd, Suite 420,    Germantown, MD 20874-1118
515734122  +Gloucester County Bd Of Social Services,    400 Hollydell Drive,    Sewell, NJ 08080-9198
515734124  +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
515734125  +Lawn Doctor Of Stratford-Turnersville,    PO Box 210,    Ewan, NJ 08025-0210
515734128  +Montgomery Medical Equipment,    PO Box 95000-7035,    Philadelphia, PA 19195-0001
515823556  +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
             Ewing, NJ 08618-1430
515734129  +New Jersey Housing And Finance Agency,    C/O Cenlar FSB,    425 Phillips Blvd.,
             Ewing, NJ 08618-1430
515734131  +Renee E. Suglia,    Asst.General Counsel, Pepco Holdings Inc,    500 N. Wakefield Drive, 92DC42,
             Newark, DE 19702-5440
515734132  +Reserve At Willow Ridge HOA,    C/A Associa Mid-Atlantic,    14000 Horizon Way, Suite 200,
             Mt. Laurel, NJ 08054-4342
516159078  +Reserve at Willow Ridge Homeowners Association, In,    c/o Cutolo Mandel LLC,
             151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
515734133  +Robert DePersia II, Esq.,    35 Kings Hwy E # 102,,    Haddonfield, NJ 08033-2032
515734134  +South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
515734135  +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515734136   State Of NJ,    Division Of Revenue,    PO Box 262,    Trenton, NJ  08646-0262
515734137  +State of NJ-Motor Vehicle Commission,    Administrative Unit,    225 East State Street,
             Trenton, NJ 08666-0001
515814167   State of New Jersey,    Surcharge Administration Office,    PO Box 136,    Trenton, NJ  08666-0136
515734138  +Steeplechase Complete Turf & Irrigation,    PO Box 945,    Williamstown, NJ 08094-0945
515741237  +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002
515734141  +University Of Pennsylvania,    School Of Dental Medicine,    4001 Spruce Street,
             Philadelphia, PA 19104-4118
515734142  +Utica First Insurance Company,    PO Box 851,    Utica, NY 13503-0851
515734144  +Virtua Health Dental,    Mail Processing Center,    2 Broad Street,    Bloomfield, NJ 07003-2547
515734145   Virtua Health Dental Center,    PO Box 6058,    Bellmawr, NJ  08099
515734146  +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
515852398   EDI: AIS.COM Feb 22 2017 23:43:00     American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
515734102  +E-mail/Text: bankruptcy@pepcoholdings.com Feb 22 2017 23:55:16     Atlantic City Electric,
             Pepco Holdings, Inc.,    Bankruptcy Divisio, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
             Carneys Point, NJ 08069-3600
515734139   EDI: AISTMBL.COM Feb 22 2017 23:38:00     T Mobile,    PO Box 629025,
             El Dorado HIlls, CA  95762
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 148             Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515734109      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 22 2017 23:56:08       Comcast,
                1250 Berlin Rd.,   Cherry Hill, NJ 08034-1494
515734112      +E-mail/Text: legal-dept@cooperhealth.edu Feb 22 2017 23:55:37       Cooper Health System,
                One Cooper Plaza,   Camden, NJ 08103-1489
515734113      +EDI: RCSFNBMARIN.COM Feb 22 2017 23:38:00       Credit One Bank,   PO Box 98873,
                Las Vegas, NV 89193-8873
515734123       EDI: IRS.COM Feb 22 2017 23:38:00       Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
515734126      +EDI: MID8.COM Feb 22 2017 23:38:00       Midland Credit Management,   8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
515734127      +EDI: MID8.COM Feb 22 2017 23:38:00       Midland Funding, LLC,   8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
515734130       EDI: HFC.COM Feb 22 2017 23:38:00       Orchard Bank-Household,   PO Box 80084,
                Salinas, CA 93912-0084
515734140      +E-mail/Text: mmrgbk@miramedrg.com Feb 22 2017 23:55:40       Team Health,   C/O Miramedrg,
                991 Oak Creek Drive,   Lombard, IL 60148-6408
515734143      +EDI: VERIZONEAST.COM Feb 22 2017 23:38:00       Verizon New Jersey,   Bankruptcy Department,
                500 Technology Drive, Suite 30,   Weldon Springs, MO 63304-2225
                                                                                                TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515734101    ##+ARS,    1801 NW 66th Avenue, Suite 200,   Fort Lauderdale, FL 33313-4571
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           NJECFMAIL@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Hubert C. Cutolo    on behalf of Creditor   Reserve at Willow Ridge Homeowners Association, Inc.
           hcutolo@cutololaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jill T. Bryan    on behalf of Debtor Katina D. Mateo jtb.assistant1@verizon.net
          Joshua I. Goldman    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                              TOTAL: 8
```