UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, P.C.**
**By: Alexandra T. Garcia, Esq. (Atty. I.D.#**
**ATG4688)**
**216 Haddon Avenue., Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Cenlar, FSB, as servicer
for New Jersey Housing & Mortgage Finance
Agency

**Order Filed on March 15, 2017**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

IN re:

Katina D. Mateo dba Krystal Klean Commercial
Cleaning
    Debtor

Case No.: 15-27186-JNP
Chapter: 13
Hearing Date: March 14, 2017
Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: March 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Katina D. Mateo dba Krystal Klean Commercial Cleaning
Case No: 15-27186-JNP
Caption of Order:  ORDER VACATING STAY

---

Upon the motion of **New Jersey Housing & Mortgage Finance Agency**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒     Real property more fully described as:

     101 Zinnia Way, Deptford Township, New Jersey 08080

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐     Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 15-27186-JNP
Katina D. Mateo                                                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Mar 15, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
db             +Katina D. Mateo,    101 Zinnia Way,    Sewell, NJ 08080-2596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           NJECFMAIL@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           njecfmail@mwc-law.com
          Denise E. Carlon   on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Hubert C. Cutolo   on behalf of Creditor   Reserve at Willow Ridge Homeowners Association, Inc.
           hcutolo@cutololaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jill T. Bryan   on behalf of Debtor Katina D. Mateo jtb.assistant1@verizon.net
          Joshua I. Goldman    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                                               TOTAL: 8